DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*January Term 2014*

**ROBERT LEE DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-1410

[July 2, 2014]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 561991CF000337A.

Robert Lee Davis, Fort Pierce, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  Guzman v. State,* 110 So. 3d 480 (Fla. 4th DCA 2013).

WARNER, TAYLOR and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***